# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EVERICK L. MONK, ADC #104809**  **PLAINTIFF**

v.  Case No. 5:19-cv-00109-KGB

**ARKANSAS DEPARTMENT OF CORRECTION**  **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 4). In her Recommended Disposition, Judge Deere recommends that plaintiff Everick L. Monk's claims be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses Mr. Monk's claims without prejudice.

It is so ordered this 22nd day of January, 2020.

Kristine G. Baker
United States District Judge