THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EVERICK L. MONK, ADC #104809**                                  **PLAINTIFF**

v.                      Case No. 5:19-cv-00109-KGB

**ARKANSAS DEPARTMENT OF CORRECTION**                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Everick L. Monk's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 22nd day of January, 2020.

                                                         Kristine G. Baker
                                                         United States District Judge